## First Department, December, 1940.
### (December 6, 1940.)

Else Deffaa, Appellant, v. The Falco Mortgage Corp., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Great American Indemnity Company, Appellant, v. North Shore Bus Company, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Paul W. Le Fevre, Respondent, v. Elizabeth McKee and David McKee, Defendants, Impleaded with Thomas J. Buttikofer and Alice Buttikofer, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Paul D. Le Fevre, as Executor, etc., of Jude E. Le Fevre, Deceased, Respondent, v. Elizabeth McKee and David McKee, Defendants, Impleaded with Thomas J. Buttikofer and Alice Buttikofer, Appellants.— Judgment in favor of the plaintiff Paul D. Le Fevre, as executor, etc., unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless said plaintiff stipulates to reduce the judgment as entered to the sum of $24,108.75; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Robert Thomas, an Infant, by Robert C. Thomas, His Guardian ad Litem, and Robert C. Thomas, Appellants, v. The City of New York and The Board of Education of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Glennon, J., dissents and votes to reverse and reinstate the verdict in favor of plaintiffs.

Liberty Mutual Insurance Company, Appellant, v. Edmond Agostini and Edwin Agostini, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to strike out the first, second and fourth ·separate and distinct affirmative defenses granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

William Rebane, Appellant, v. Minera Ulshen, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Emily Danes, Respondent, v. 1 West 39th Street Corporation, Defendant, Appellant, and Lesser-Brasel, Inc., and Harry Furst Co., Inc., Impleaded Defendants, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Dorothy M. Gareiss, Appellant, v. Guaranty Trust Company of New York and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Real Property Required for the Widenings of Southern Boulevard,

from East 138th Street to Whitlock Avenue, from Southern Boulevard to Leggett Avenue and from Hunts Point Avenue to Eastern Boulevard and Eastern Boulevard from Whitlock Avenue to Middleton Road, Excepting Those Portions of Eastern Boulevard That Are Laid Out across Bronx River and Westchester Creek, Where the Title to Be Acquired Shall Be an Easement Which Will Enable the City of New York to Construct Bridges Carrying Eastern Boulevard over These Waterways, in the Borough of Bronx, City of New York (Damage Parcels 1 to 45, Inclusive). REGINA WUNDERMAN, Respondent; 1066 WHITLOCK AVE. GARAGE AND SERVICE STATION, INC., Claimant, Appellant.— Final decree, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

RAISIN & LEVINE, INC., Appellant, v. NORTHERN ASSURANCE CO., LTD., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse.

HENRY A. NAU, Respondent, v. VULCAN RAIL & CONSTRUCTION COMPANY, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

GEORGE WILLY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RONALD K. BROWN, as Executor, etc., of MARY A. HORTON, Deceased. HOWARD SIMPSON, Legatee, Appellant; RONALD K. BROWN, as Executor, etc., Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Petition of WILLIAM J. AMEND, as Trustee of the Trust Created by and under the Last Will and Testament of CHARLES DECKER, Deceased, for an Order Requiring CARRIE F. DeSTEFANO and CELESTINA F. DeLORENZO to Render and File Their Account as Executrices under the Last Will and Testament of ANGELO FRASINETTI, Deceased. WILLIAM J. AMEND, as Trustee, etc., Petitioner, Appellant; CARRIE F. DeSTEFANO and CELESTINA F. DeLORENZO, as Executrices, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [175 Misc. 52.]

LORETTO AGATHA DAVIES, Respondent, v. HATTIE BOCKHORST, as Administratrix, etc., of JOHN B. ELSEY, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN PEDRO PIRES, by His Guardian ad Litem, MARTIN COSTA, Respondent, v. RECORD TRANSPORTATION COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS A. IORIO, Also Known as ANTHONY DIBENARDO, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.